Matter of Kris P.E. (Dannysha E.-C.) (2025 NY Slip Op 05347)

Matter of Kris P.E. (Dannysha E.-C.)

2025 NY Slip Op 05347

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, SMITH, OGDEN, AND HANNAH, JJ.

617 CAF 23-01976

[*1]IN THE MATTER OF KRIS P.E.  ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, PETITIONER-RESPONDENT;

and

DANNYSHA E.-C., RESPONDENT-APPELLANT. (APPEAL NO. 10.)

CHARLES J. GREENBERG, AMHERST, FOR RESPONDENT-APPELLANT.

MYKALA PIERCE, BUFFALO, FOR PETITIONER-RESPONDENT.

DAVID C. SCHOPP, THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (NATHALIE T. MARIN OF COUNSEL), ATTORNEY FOR THE CHILD.

Appeal from an order of the Family Court, Erie County (Kelly A. Brinkworth, J.), entered August 31, 2023, in a proceeding pursuant to Social Services Law § 384-b. The order, inter alia, terminated respondent's parental rights with respect to the subject child.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in Matter of Dariell P.E. (Dannysha E.-C.) ([appeal No. 1] — AD3d — [Oct. 3, 2025] [4th Dept 2025]).

Entered: October 3, 2025

Ann Dillon Flynn

Clerk of the Court